UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
AUG 22 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                      INDICTMENT NO. 6:24-cr-60-REW
                                        18 U.S.C. §§ 111(a)(1) and (b)

ERIC WATSON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about December 25, 2023, in McCreary County, in the Eastern District of Kentucky,

**ERIC WATSON**

did intentionally and voluntarily forcibly assault, resist, and oppose M.R., a corrections officer employed by the United States Bureau of Prisons, while M.R. was engaged in official duties, which caused physical contact with M.R. and inflicted bodily injury upon M.R, all in violation of 18 U.S.C. §§ 111(a)(1) and (b).

A TRUE BILL

███████████████
FOREPERSON

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

Not more than 20 years of imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.